No. 03–7790. CLARK v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 03–7792. DIAZ MALDONADO v. MCCULLOUGH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE. C. A. 3d Cir. Certiorari denied.

No. 03–7798. HEATH v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–7802. JOHNSON v. BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7806. SHEPARD v. UNIBORING ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–7807. JOHNSTON v. BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7815. GOLDBERG v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 03–7817. HICKS v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7824. SPOTTSVILLE v. GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 03–7825. RANKIN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–7826. RINALDO v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7829. FITTS v. BIRKETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7830. FLYNN v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 03–7832. FITTS v. ABRAMAJTYS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.